1  David M. Lilienstein, SBN 218923
   david@dllawgroup.com
2  Katie J. Spielman, SBN 252209
   katie@dllawgroup.com
3  **DL LAW GROUP**
   345 Franklin St.
4  San Francisco, CA 94102
   Telephone: (415) 678-5050
5  Facsimile: (415) 358-8484

6  Attorneys for Plaintiff,
   A.G.

7  Jordan S. Altura, SBN 209431
   jaltura@grsm.com
8  **GORDON REES SCULLY MANSUKHANI, LLP**
   275 Battery St., Suite 2000
9  San Francisco, CA 94111
   Telephone: (415) 875-4219
10 Facsimile: (415) 986-8054

11 Attorneys for Defendant,
   THE STANDARD INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.G.<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE STANDARD INSURANCE COMPANY, and DOES 1 through 10<br><br>　　　　Defendant. | Case No. 3:18-cv-01478-RS<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE AND [PROPOSED] ORDER** |

It is hereby stipulated by and between Plaintiff, A.G., and Defendant, The Standard Insurance Company, that this action be dismissed as to all parties, with prejudice, and in its entirety, which each party to bear their own attorneys' fees and costs.

IT IS SO STIPULATED

---
**STIPULATION TO DISMISS AND [PROPOSED] ORDER**　　　　　　　　　　Case No. 3:18-cv-01478-RS

Dated:   October 9, 2018					Respectfully submitted,

						**DL LAW GROUP**


						By:   /s/ David M. Lilienstein
						 David M. Lilienstein
						 Katie J. Spielman
						 Attorneys for Plaintiff, A.G.


Dated:   October 9, 2018					Respectfully submitted,

						**GORDON REES SCULLY MANSUKHANI**



						By:	  /s/ Jordan S. Altura
						 Jordan S. Altura
						 Attorneys for Defendant,
						 The Standard Insurance Company

**[PROPOSED] ORDER**

Upon consideration of the parties' stipulation to dismiss the entire action with prejudice, and good cause appearing therefore,

IT IS HEREBY ORDERED that this action shall be dismissed with prejudice, in its entirety, with each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: October 15, 2018   By: /s/ Richard Seeborg
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE